UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X    Index No. 1:18-cv-2833
GRACIELA BRETSCHNEIDER DONCOUSE,

Plaintiff,                                **RULE 7.1**
                                          **STATEMENT**
v.

THE UPS STORE, INC. d/b/a THE UPS STORE
6374 and AZTEC ASSOCIATES, LLC,

Defendants.
---------------------------------------------------------------------- X

Pursuant to Rule 7.1 of the Local Civil Rules for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for LEANNA ENTERPRISE INC. d/b/a THE UPS STORE #6374, a private (non-governmental) party certifies that there are no corporate parents, or publicly held corporations that own 10% or more of its stock, just individual shareholders. LEANNA ENTERPRISE INC. d/b/a THE UPS STORE #6374 is a corporation. LEANNA ENTERPRISE INC. d/b/a THE UPS STORE #6374 is a franchise. THE UPS STORE is the franchisor. Kevin Panchmia owns 100% of stock.

Dated: New York, New York
       May 17, 2018

Yours, etc.,

Law Offices of
CHARLES J. SIEGEL
Attorneys for Defendant
LEANNA ENTERPRISE INC. d/b/a THE UPS STORE #6374
Office & P.O. Address
125 Broad Street
7th Floor
New York, New York 10004
(212) 440-2350

By: _____
Alfred T. Lewyn

To: THE MARKS LAW FIRM, PC
Attorney for Plaintiff
175 Varick Street, 3rd Floor
New York, NY 10014
(646) 770-3775

BERNARD D'ORAZIO
Attorney for Defendant
AZTEC ASSOCIATES, LLC
100 Lafayette Street, Suite 601
New York, NY 10013
212-609-5300
BDORAZIO@DORAZIO-LAW.COM

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

GRACIELA BRETSCHNEIDER DONCOUSE,

                         Plaintiff,                  Index No. 1:18-cv-2833

   -against-

THE UPS STORE, INC. d/b/a THE UPS STORE
6374 and AZTEC ASSOCIATES, LLC,

                         Defendants.
-----------------------------------------------------------------------------x

RULE 7.1 STATEMENT

**LAW OFFICE OF CHARLES J. SIEGEL**
**Attorney for Defendant**
LEANNA ENTERPRISE INC. d/b/a THE UPS STORE #6374
**125 Broad Street, 7th Fl**
**New York, N.Y. 10004**
**(212) 440-2350**

TO:

                                 Service of a copy of the within is hereby admitted:
                                 DATED:_____

Attorney(s) for

PLEASE TAKE NOTICE:
   **NOTICE OF ENTRY**
that the within a (certified) true copy of an
duly entered in the office of the clerk of the within named court on

   **NOTICE OF SETTLEMENT**
that an                            , of which the within is a true copy, will be presented for
settlement to the Hon.                         , one of the judges of the within named
Court, at               , on                      , at            .
DATED:                                              Yours, etc.,
                                             LAW OFFICE OF CHARLES J. SIEGEL